United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

JUL 01 2013

David J. Bradley, Clerk of Court

Joshua Adam Coulon,
    Plaintiff,

v.

Montgomery County Mental Health Treatment Facility,
GEO Group, Inc.,
Three unknown guards
In their individual and official capacity,
    Defendants.

Civil Action no.

COMPLAINT

## Pro Se Complaint

1) Pro Se plaintiff alleges on or about July 4, 2011 that an assault took place by two inmates at the facility.

2) Plaintiff alleges guard was in position to stop attack but failed to act causing pain, suffering, physical injury, and emotional distress.

3) Plaintiff alleges this is related to a failure to properly train guards. Causing pain, suffering, physical injury, and emotional distress.

4) Plaintiff alleges a failure to separate the aggressive from non aggressive inmate resulting in pain, suffering, physical injury, and emotional distress.

Relief

Plaintiff seeks compensatory damages, punitive damages, and trial by jury. I currently do not have access to a copy machine.

Dated: June 27, 2013

Respectfully submitted,
Joshua Conlan 81084-280
Bastrop Co Jail
1601 Mill St.
Bastrop, TX 78602

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of June 2013        _/s/ Joshua Conlan_

## Proof of Service

I swear under penalty of perjury that a copy was sent to the Clerk of the Court U.S. District Court, Southern District of Texas PO Box 61010, Houston, TX 77208.

I swear under penalty of perjury the foregoing is true and correct signed this 27th day of June 2013

Joshua Coulter

Joshua Cochran 81654-280
Bastrop Co. Jail
1601 Wall St.
Bastrop, TX 78602

FILED
JUL 01 2013
David J. Bradley, Clerk of Court

Clerk of the Court
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208